IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|  |  |  |
|---|---|---|
| WILLIAM HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-2541-TLP-tmp |
| | ) | |
| MEMPHIS LIGHT, GAS AND WATER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

REPORT AND RECOMMENDATION
_____

On July 21, 2020, plaintiff William Hawkins filed a *pro se* complaint against Memphis Light, Gas and Water ("MLGW"), Gayle Jones Carson, MLGW's Vice President of Corporate Communications, Jarl Young, MLGW's President and CEO, and Jaye Mosby-Meachem, MLGW's Manager of Labor, Diversity and Inclusion.[1] (ECF No. 1.) On July 28, 2020, the Clerk's Office mailed Hawkins blank summonses and directed him to return properly completed summonses for each defendant. Because Hawkins did not return properly completed summonses, the undersigned entered an order to show cause on June 2, 2021. (ECF No. 8.) On August 12, 2021, Hawkins filed a motion

---

[1]Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

to dismiss the complaint. (ECF No. 9.) Accordingly, it is recommended that the complaint be dismissed without prejudice.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

August 18, 2021
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**